# RECONSIDERATION DOCKET

**95–2303.   State ex rel. Chaffins v. Indus. Comm.**
Franklin App. No. 94APD09–1380.   Reported at 82 Ohio St.3d 268, 695 N.E.2d 253.   On motion for

reconsideration. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.